```
          IN THE UNITED STATES DISTRICT COURT FOR THE
              WESTERN DISTRICT OF NORTH CAROLINA
                      CHARLOTTE DIVISION
```

UNITED STATES OF AMERICA,       )
                                )
           Plaintiff,           ) Civil Case No. 4:03CV528-MU-1
                                ) Crim. Case No. 3:96CR108-3-MU
     v.                         )
                                )
KEITH ANTHONY WILLIAMS,         )    ORDER AND JUDGMENT
                                )
           Defendant.           )
_____)

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion to amend his "timely filed 28 U.S.C. § 2255 motion (Filing No. 9 in 3:03CV528) is denied.

DATED this 3rd day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court